# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JAMIE SEGREE,** | ) |
| Petitioner, | ) |
| v. | ) 4:12-cv-02863-JHH-MHH |
| **ERIC HOLDER, JR.** *et al.*, | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

The magistrate judge filed a report and recommendation on July 19, 2013, recommending that the petition for writ of habeas corpus be dismissed as moot because the respondents released Mr. Segree from custody. (Doc. 15). The parties were allowed fourteen days from the entry of the report and recommendation in which to file objections. The postal service returned the report and recommendation, marking undeliverable on the envelope. (Doc. 16). The parties did not file objections.

Having carefully reviewed and considered *de novo* all the materials in the Court's file, the Court is of the opinion that the magistrate judge's report and recommendation is due to be and is hereby **ADOPTED** and her recommendation is

**ACCEPTED**. Accordingly, the respondents' motion to dismiss as moot (Doc. 12) is **GRANTED**. The petition for writ of habeas corpus is due to be and is **DISMISSED**. The Clerk of Court is directed to close this file and to mail a copy of this Order to the Mr. Segree.

**DONE** this the ___9th___ day of September, 2013.

*James H. Hancock*
_____
SENIOR UNITED STATES DISTRICT JUDGE